

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

Brian N. Sinclair
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*brian.sinclair@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-6103*
*fax: (973) 297-2012*

June 2, 2026

**BY ECF**

Hon. Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** *Chabla Humala v. Blanche et al.*
> **No. 26-4272-RK**
> **Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's May 22, 2026, Order, ECF No. 5, to report that the Petitioner withdrew his request for bond. *See* Ex. A (Order of the Immigration Judge). We therefore respectfully request that Your Honor close this case.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

SO ORDERED

Robert Kirsch, U.S.D.J.
Date: 6/3/26

By:    /s/ Brian N. Sinclair
       BRIAN N. SINCLAIR
       Assistant U.S. Attorney
       *Attorneys for Respondents*

cc:    Counsel of record (via ECF)